Phillip E. Smith SBN 120222
SMITH SMITH & FEELEY LLP
2601 Main Street, Suite 580
Irvine, California 92614
Telephone:  949.263.5920
Facsimile:   949.263.5925

Attorneys for Plaintiff and Counter-Defendant
The Hanover Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HANOVER INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>v.<br><br>EDEN PRODUCE, INC.; GREGORY DAVIS; and JESSE GUTIERREZ,<br><br>            Defendants.<br><br>EDEN PRODUCE, INC.; GREGORY DAVIS; and JESSE GUTIERREZ,<br><br>            Counter-Claimants,<br><br>v.<br><br>THE HANOVER INSURANCE COMPANY,<br><br>            Counter-Defendant. | CASE NO.:  CV-F-04-5568 LJO<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

   Plaintiff and counter-defendant The Hanover Insurance Company, through its counsel Smith Smith & Feeley LLP, defendants and counter-claimants Eden Produce,

Inc. Gregory Davis and Jesse Gutierrez, through their counsel Dooley Herr & Peltzer, LLP, and defendant Britz Fertilizers, Inc., through its counsel Archer-Norris, hereby stipulate that the above captioned action is dismissed without prejudice pursuant to FRCP 41(a)(1).

                                        Smith Smith & Feeley LLP

Dated:  September 20, 2005                 By:     /s/ Phillip E. Smith

                                        Phillip E. Smith, Attorneys for The Company                                                      Hanover Insurance

                                        Dooley, Herr & Peltzer, LLP

Dated:  September 20, 2005                 By:     /s/ Leonard C. Herr

                                        Leonard C. Herr, Attorneys for Eden Produce Inc., Gregory W. Davis and Jesse Gutierrez

                                        Archer-Norris

Dated: September 20, 2005                 By:     /s/ W. Eric Blumhardt

                                        W. Eric Blumhardt, attorneys for Britz Fertilizers, Inc.

       IT IS SO ORDERED.

**Dated:   September 22, 2005**            /s/ Lawrence J. O'Neill
66h44d                                               UNITED STATES MAGISTRATE JUDGE